United States District Court
Southern District of Texas
ENTERED
SEP 0 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby, Clerk of Court

22

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL ANGEL GONZALEZ-GARCIA<br>　　Petitioner<br><br>v.<br><br>E.M. TROMINSKI,<br>　　Respondent. | No. CA B-97-155 |

Lisa S. Brodyaga, 402 E. Harrison, 2nd Floor, Harlingen, Texas 78550
Attorney for Petitioner

U.S. Department of Justice, Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551; and Kristal Marlow, Office of Immigration Litigation, P.O. Box 878, Ben Franklin Sta., Washington, D.C. 20044
Attorneys for Respondent

## ORDER OF DISMISSAL

Came to be heard Petitioner's (unopposed) Motion to Dismiss, and good cause appearing therefore, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED:

IT IS FURTHER ORDERED that the instant cause be, and the same hereby is, DISMISSED, without prejudice.

The Clerk of Court shall send certified copies of the foregoing to all counsel of record.

DONE AT BROWNSVILLE, TEXAS

this \_\_\_1\_\_\_ day of September, 1998.

_____
HILDA G. TAGLE
United States District Judge